# EXHIBIT 1

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Jason Lundberg (248913)
Allegiance Law
871 Page Street, Ste. 5
San Francisco, CA 94117

TELEPHONE NO: (415) 404-6395 FAX NO. *(Optional):* (415) 738-2406
E-MAIL ADDRESS *(Optional):* jason@allegiancelaw.com
ATTORNEY FOR *(Name):* Plaintiff, Trudy Thomas

*FOR COURT USE ONLY*

ELECTRONICALLY FILED
Superior Court of California,
County of Alameda
10/11/2023 at 12:49:57 PM
By: Milagros Cortez,
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME:

PLAINTIFF: Trudy Thomas
DEFENDANT: Costco Wholesale Corporation
[x] DOES 1 TO 20

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED *(Number):***
**Type *(check all that apply):***
[ ] **MOTOR VEHICLE** [ ] **OTHER *(specify):***
[ ] **Property Damage** [ ] **Wrongful Death**
[x] **Personal Injury** [ ] **Other Damages *(specify):***

CASE NUMBER:
23CV047320

**Jurisdiction** *(check all that apply):*
[ ] **ACTION IS A LIMITED CIVIL CASE**
Amount demanded [ ] does not exceed $10,000
[ ] exceeds $10,000, but does not exceed $25,000
[x] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
[ ] **ACTION IS RECLASSIFIED by this amended complaint**
[ ] **from limited to unlimited**
[ ] **from unlimited to limited**

1. **Plaintiff** *(name or names):* Trudy Thomas
alleges causes of action against **defendant** *(name or names):*
Costco Wholesale Corporation and DOES 1 to 20
2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

PLD-PI-001

| SHORT TITLE: Thomas v. Costco, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☒ **except** defendant *(name):* Costco Wholesale Corporation
   (1) ☐ a business organization, form unknown
   (2) ☒ a corporation
   (3) ☐ an unincorporated entity *(describe):*
   (4) ☐ a public entity *(describe):*
   (5) ☐ other *(specify):*

b. ☒ **except** defendant *(name):* DOES 1 to 5
   (1) ☒ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*
   (4) ☐ a public entity *(describe):*
   (5) ☐ other *(specify):*

c. ☐ **except** defendant *(name):*
   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*
   (4) ☐ a public entity *(describe):*
   (5) ☐ other *(specify):*

d. ☐ **except** defendant *(name):*
   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*
   (4) ☐ a public entity *(describe):*
   (5) ☐ other *(specify):*

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

a. ☒ Doe defendants *(specify Doe numbers):* 1 to 20 were the agents or employees of other named defendants and acted within the scope of that agency or employment.

b. ☒ Doe defendants *(specify Doe numbers):* 1 to 20 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because

a. ☐ at least one defendant now resides in its jurisdictional area.
b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**

a. ☐ has complied with applicable claims statutes, **or**
b. ☐ is excused from complying because *(specify):*

| SHORT TITLE: | CASE NUMBER: |
| --- | --- |
| | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    - a. ☐ Motor Vehicle
    - b. ☐ General Negligence
    - c. ☐ Intentional Tort
    - d. ☐ Products Liability
    - e. ☒ Premises Liability
    - f. ☐ Other *(specify):*

11. Plaintiff has suffered
    - a. ☒ wage loss
    - b. ☒ loss of use of property
    - c. ☒ hospital and medical expenses
    - d. ☒ general damage
    - e. ☒ property damage
    - f. ☒ loss of earning capacity
    - g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    - a. ☐ listed in Attachment 12.
    - b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    - a. (1) ☒ compensatory damages
    - (2) ☐ punitive damages

    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
    - (1) ☒ according to proof
    - (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: October 11, 2023

Jason Lundberg
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)



For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form | Save this form | Clear this form

PLD-PI-001(4)

| SHORT TITLE: Thomas v. Costco, et al. | CASE NUMBER: |
|---|---|

1 (number)

# CAUSE OF ACTION—Premises Liability

Page 4

ATTACHMENT TO ☒ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Trudy Thomas

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* August 5, 2022 plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

Plaintiff was in the San Leandro, CA Costco at approximately 6:00 p.m. Plaintiff was in the optometry department. Plaintiff was looking at a pair of glasses. Plaintiff began to mover towards another pair of glasses and as she began to move Plaintiff slipped on a substance in the optometry department and fell. Plaintiff injured herself after she fell.

Prem.L-2. ☒ **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
Costco Wholesale Corporation

☒ Does 1 to 20

Prem.L-3. ☐ **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

☐ Does ______ to ______

Plaintiff, a recreational user, was ☐ an invited guest ☐ a paying guest.

Prem.L-4. ☐ ***Count Three—Dangerous Condition of Public Property*** *The defendants who owned public property on which a dangerous condition existed were (names):*

☐ Does ______ to ______

a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5.a. ☐ **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

☐ Does ______ to ______

b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are ☐ described in attachment Prem.L-5.b ☐ as follows *(names):*



For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form | Save this form | Clear this form