UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUDY THOMAS, | Case No. 24-cv-01329-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | |

A case management conference was held on July 9, 2024. Having considered the parties' proposal, *see* Dkt. No. 21, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| ADR Deadline | December 1, 2024 |
| Close of Fact Discovery | January 3, 2025 |
| Exchange of Opening Expert Reports | January 16, 2025 |
| Exchange of Rebuttal Expert Reports | January 30, 2025 |
| Close of Expert Discovery | February 13, 2025 |
| Dispositive Motion Hearing Deadline | March 27, 2025, at 2:00 p.m. |
| Pretrial Conference | June 3, 2025, at 3:00 p.m. |
| Jury Trial (5 days) | June 23, 2025, at 8:30 a.m. |

//
//
//
//

1    These dates may only be altered by order of the Court and only upon a showing of good
2    cause.  The parties are directed to review and comply with this Court's standing orders.  This
3    terminates Dkt. No. 21.

**IT IS SO ORDERED.**

Dated:    9/5/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge